IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BEVERLY TAYLOR,

    Plaintiff,

vs.                                                         Civ. No. 98-496 JC/WWD

UNITED MANAGEMENT INC. d/b/a
WESTSIDE CHRYSLER PLYMOUTH JEEP
EAGLE–LM,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Motion to Compel Discovery filed by Plaintiff on November 10, 1998 [docket no. 17]. The motion is well taken, and it should be granted.

**WHEREFORE,**

**IT IS ORDERED** that on or before December 15, 1998, Defendant shall make available to Plaintiff the documents sought in Plaintiff's request for production no. 7.

**IT IS FURTHER ORDERED** that on or before December 15, 1998, Defendant shall serve upon Plaintiff a full and complete response to Plaintiff's interrogatory no. 16 concerning other lawsuits and complaints; provided, however, that the time period for this interrogatory shall be three years instead of the five years sought by Plaintiff.

                                                                _____
                                                                 UNITED STATES MAGISTRATE JUDGE